UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JUIVONNE LITTLEJOHN,

    Plaintiff,

v.

    File no: 2:17-CV-143

    HON. ROBERT J. JONKER

L. HEINRITZ, et al.,

    Defendants.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on September 13, 2018 (ECF No. 17). The Report and Recommendation was initially mailed to Plaintiff on September 13, 2018. It was re-mailed to Plaintiff on September 28, 2018, after the Court was notified Plaintiff was at a new location. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 17) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion to revoke Plaintiff's *in forma pauperis* status (ECF No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff has twenty-eight (28) days to pay the entire civil action filing fee of $400.00. If Plaintiff fails to do so, his case will be dismissed without prejudice, with Plaintiff still owing the $400.00 filing fee.

Date:   October 24, 2018        /s/ Robert J. Jonker
                                          ROBERT J. JONKER
                                          CHIEF UNITED STATES DISTRICT JUDGE